UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TAMMY FARIAS<br><br>Plaintiff,<br><br><br><br>ALLY FINANCIAL, INC.<br><br>Defendant. | ) CIVIL ACTION NO. 4-15CV-956-O<br>)<br>) **STIPULATION FOR DISMISSAL WITH**<br>) **PREJUDICE**<br>)<br>) [Fed. R. Civ. P., Rule 41(a)]<br>)<br>)<br>) Action Filed:   December 17, 2015<br>)<br>) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tammy Farias and Defendant Ally Financial, Inc. ("Ally"), hereby jointly stipulate to the dismissal of Plaintiff's claims against Ally, with prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated this 07th day of February, 2016.

By: /s/ [signature]
Rick W. Hightower
Kimberly P. Harris
BEASLEY, HIGHTOWER & HARRIS, P.C.
1601 Elm Street, Suite 4350
Dallas, Texas 75201
Telephone (214) 220-4700
ATTORNEYS FOR ALLY FINANCIAL INC.

By: /s/ Tammy Farias
Tammy Farias
PLAINTIFF